UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA          )
                                  )
            Plaintiff,            )
                                  )
v.                                )     No.:   3:22-CR-96-TAV-JEM-2
                                  )
MALIK M. SCOTT-BOYNTON,           )
                                  )
            Defendant.            )

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on February 10, 2023 [Doc. 60], in which Judge McCook recommends that the Court deny defendant's motion to suppress [Doc. 34]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 60]. Defendant's Motion to Suppress [Doc. 34] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE